```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 14273
    GREGORY P PETERSON
    BECKY L PETERSON                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-0720     SSN XXX-XX-2564

-------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/09/04 and confirmed on 07/19/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  44474.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRY VEHICLE LEASING | SECURED | .00 | .00 | .00 |
| GRUNDY COUNTY NATL BANK | SECURED | 5755.25 | 387.77 | 5755.25 |
| GRUNDY COUNTY NATL BANK | SECURED | .00 | .00 | .00 |
| APACHE INTERPRESENTATION | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED ANESTHESIOLOG | UNSECURED | 4862.00 | .00 | 1312.74 |
| ASSOC PATHOLOGISTS OF JO | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 406.57 | .00 | 109.77 |
| CARDIAC SURGERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CARDIOLOGY ASSOC NORTH I | UNSECURED | NOT FILED | .00 | .00 |
| CARDIOLOGY INTERPRETATIO | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6537.00 | .00 | 1764.99 |
| EPIC GROUP | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NORTH AMERICAN NAT | UNSECURED | 1095.43 | .00 | 295.77 |
| HEARTLAND CARDIOLOGIST C | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGICAL | UNSECURED | NOT FILED | .00 | .00 |
| KURTZ AMBULANCE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| FINANCIAL CONTROL SYSTEM | UNSECURED | 1321.00 | .00 | 356.67 |
| MORRIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MORRIS RADIOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | 74705.27 | .00 | 20170.42 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 475.23 | .00 | 128.31 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 16104.22 | .00 | 4348.14 |
| WELLS FARGO FINANCIAL IN | SECURED | 500.00 | 18.87 | 500.00 |
| YATIN SHAH MD | UNSECURED | NOT FILED | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 2944.04 | .00 | 2944.04 |

```
WELLS FARGO FINANCIAL IN  UNSECURED       1191.86              .00          321.80
RESURGENT CAPITAL SERVIC  UNSECURED       9481.21              .00         2559.93
CHASE HOME FINANCE        COST OF COLLE    550.00              .00          550.00
BANK ONE DELAWARE NA      FILED LATE          .00              .00             .00
     Summary of disbursements:
------------------------------------------------------------------------------------
                         SECURED      PRIORITY    UNSECURED         OTHER       TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       9199.29        550.00    116179.79           .00   125929.08
PRINCIPAL PAID           9199.29        550.00     31368.54           .00    41117.83
INTEREST PAID             406.64           .00          .00           .00      406.64
TOTAL PAID               9605.93        550.00     31368.54           .00    41524.47
```

The Debtor's attorney, STUART B HANDELMAN              , was allowed $   2200.00
and was paid $   1200.00  direct and $   1000.00  through the plan.

The Trustee received $   1947.32 .

Refunds to the Debtor totaled $      2.21 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 11/12/08                   /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE